# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | E 1663088 | Shutler | C116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged: ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/18/2025 1616hrs | ORC 4503.11A |

**Place of Offense**
3990 E. Broad St Columbus, OH 43213

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Expired Tags 07/19/2024

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Williams | Brenda | H |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| JAU 1311 | OH | 17 | Volkswagen Passat | | Grey |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 120 Forfeiture Amount
+ $30 Processing Fee
$ 150.00 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court, 85 Marconi Blvd Columbus, OH 43215 614-719-3000
Date: 10/15/2025
Time: 1100am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Brenda H. Williams

Original - CVB Copy

*E1663088*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 18, 2025 while exercising my duties as a law enforcement officer in the Southern District of Ohio

On 18 June 2025, I, Sergeant Brandon Shutler, Defense Logistics Agency, Division of Police, was performing on-road patrol functions on the Defense Supply Center Columbus (DSCC) in a marked police cruiser. At approximately 1610hrs, I observed a Grey 2017 Volkswagen Passat, OH-JAU1311, turn left onto 17th Blvd from Roosevelt Ave failing to signal. I initiated a traffic stop on the vehicle and Emergency Services Communications Center (ESCC) confirmed that the displayed license plate on the vehicle (07/2024) expired on 07/19/2024. I cited the registered owner, Williams, Brenda H., under ORC 4503.11(A), Expired Registration.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/28/2025  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident